IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLARENCE TURNER,           )
    Petitioner,            )          Civil Action No. 7:15cv00200
                           )
v.                         )
                           )          By: Elizabeth K. Dillon
HAROLD CLARKE,             )          United States District Judge
    Respondent.            )

**FINAL ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that Turner's 28 U.S.C. § 2254 petition is DISMISSED without prejudice and this action is STRICKEN from the active docket of the court.

Further, finding that Turner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is DENIED.

The Clerk is directed to send copies of this order and accompanying memorandum opinion to Turner.

Entered: January 5, 2016.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge